ORIGINAL

FILED IN CLERK'S OFFICE
J.S.D.C.-Atlanta

MAY 2 6 2006

LUTHER D. THOMAS, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL, )( | |
| )( | |
| Plaintiff, )( | |
| )( | CIVIL ACTION FILE |
| v. )( | |
| )( | NO. 1 06 CV 1284 |
| PHOENIX LIFE INSURANCE CO., f/k/a )( | -JEC |
| PHOENIX HOME LIFE MUTUAL LIFE )( | |
| INSURANCE CO., HENDERSON )( | |
| GLOBAL INVESTORS, (NORTH )( | |
| AMERICA), INC. d/b/a STONEMILL )( | |
| APARTMENTS and ZOM RESIDENTIAL )( | |
| SERVICES, INC. d/b/a STONEMILL )( | |
| APARTMENTS, )( | |
| )( | |
| Defendants. )( | |

## NOTICE OF REMOVAL

DEFENDANTS PHOENIX LIFE INSURANCE CO., HENDERSON GLOBAL INVESTORS, (NORTH AMERICA) INC., and ZOM RESIDENTIAL SERVICES, INC. file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice of Removal, Defendants state as follows:

1. On or about April 24, 2006, Plaintiff Janet Hill ("Plaintiff") filed a Complaint against the Defendants in the Superior Court of Fulton County, Georgia ("Fulton County Superior Court"). Without admitting

service of process was proper, the Defendants acknowledge they received copies of the Summons and Complaint after the Complaint was filed. True and correct copies of the Summons, Complaint, the Defendants' Answers, as well as other process documents received by the Defendants, are attached hereto as Exhibit "A."

2. Removal from the Fulton County Superior Court to this Court is proper pursuant to 28 U.S.C. § 1441(a). This Court has removal jurisdiction because it would have original jurisdiction over this action, pursuant to 28 U.S.C. § 1332(a)(1). Specifically, this is a civil action where (i) the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs (See Plaintiff's Complaint (attached hereto as part of Exhibit "A"), ¶¶ 15 and 16 where it is alleged Plaintiff suffered serious and disabling personal injuries, including a fracture to her left fifth metatarsal, which injuries have required medical treatment and will continue to cause medical expenses to be incurred in the future), and (ii) complete diversity of citizenship exists between Plaintiff and the Defendants (See Plaintiff's Complaint (attached hereto as part of Exhibit "A"), ¶ 1 showing Plaintiff is a Tennessee resident and ¶¶ 2, 4, and 7 showing the Defendants are not residents of Tennessee or Georgia.

3. Written notice of the filing of this Notice of Removal will be given promptly to Plaintiff and, together with a copy of the Notice of Removal, will be filed with the clerk of the Superior Court of Fulton County, State of Georgia, as provided by 28 U.S.C. § 1446(d). [*See* Exhibit "B".]

4. All Defendants consent to the removal of this case from the Superior Court of Fulton County to the United States District Court, Northern District of Georgia.

**WHEREFORE**, Defendants pray that the above action now pending against it in the Superior Court of Fulton County, State of Georgia be removed therefrom to this Court.

This 26th day of May 2006.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _____
BRADLEY S. WOLFF
Georgia State Bar No. 773388
SCOTT M. WILLIAMSON
Georgia State Bar No. 764249
**Attorneys for Defendants**

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
Brad.wolf@swiftcurrie.com
Scott.williamson@swiftcurrie.com