# Exhibit B

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JANET HILL, | )( |
| Plaintiff, | )( |
| v. | )( CIVIL ACTION FILE |
| | )( NO. 2006-CV-115646 |
| PHOENIX LIFE INSURANCE CO., f/k/a PHOENIX HOME LIFE MUTUAL LIFE INSURANCE CO., HENDERSON GLOBAL INVESTORS, (NORTH AMERICA), INC. d/b/a STONEMILL APARTMENTS and ZOM RESIDENTIAL SERVICES, INC. d/b/a STONEMILL APARTMENTS, | )( |
| Defendants. | )( |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW DEFENDANTS PHOENIX LIFE INSURANCE CO., HENDERSON GLOBAL INVESTORS (NORTH AMERICA), INC. and ZOM RESIDENTIAL SERVICES, INC., by and through counsel, and hereby pursuant to 28 U.S.C. § 1446(d), file this Notice of Filing of Notice of Removal of this action from the Superior Court of Fulton County, Georgia, wherein it now pends, to the District Court of the Court of the United States for the Northern District of Georgia, Atlanta Division. The grounds for this removal are set forth in the Notice of Removal attached hereto as Exhibit "A."

This 26TH day of May, 2006.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _____
BRADLEY S. WOLFF
Georgia State Bar No. 773388
SCOTT M. WILLIAMSON
Georgia State Bar No. 764249
**Attorneys for Defendants Phoenix Life Insurance Co., Henderson Global Investors (North America) Inc. and ZOM Residential Services, Inc.**

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
Brad.wolff@swiftcurrie.com
Scott.williamson@swiftcurrie.com

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> Fred P. Anthony, Esq.
> Shilpa S. Masih, Esq.
> 5955 Jimmy Carter Boulevard – Suite 120
> Norcross, GA 30071

This 26th day of May 2006.

> SWIFT, CURRIE, MCGHEE & HIERS, LLP
>
> By: _/s/ Scott Williamson_
> SCOTT M. WILLIAMSON
> Georgia State Bar No. 764249
> **Attorney for Defendants Phoenix Life Insurance Co., Henderson Global Investors (North America), Inc. and ZOM Residential Services, Inc.**

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
Brad.wolff@swiftcurrie.com
scott.williamson@swiftcurrie.com