# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JANET HILL, | )( |
| | )( |
| Plaintiff, | )( |
| | )(   CIVIL ACTION FILE |
| v. | )( |
| | )(   NO. 1-06-CV-1284-JEC |
| PHOENIX LIFE INSURANCE CO., f/k/a PHOENIX HOME LIFE MUTUAL LIFE INSURANCE CO., HENDERSON GLOBAL INVESTORS, (NORTH AMERICA), INC. d/b/a STONEMILL APARTMENTS and ZOM RESIDENTIAL SERVICES, INC. d/b/a STONEMILL APARTMENTS, | )( |
| | )( |
| Defendants/Third-Party Plaintiffs, | )( |
| | )( |
| v. | )( |
| | )( |
| NATIONAL RESTORATION CONTRACTING & CONSULTING, INC., | )( |
| | )( |
| Third-Party Defendant. | )( |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS AND DEFENDANTS' THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Defendants, and Third-Party Defendant, by and through their counsel of record, stipulate to Plaintiff's dismissal with prejudice of all her claims in her Complaint For Damages filed against the Defendants. Plaintiff, Defendants, and Third-Party Defendant also

stipulate to the Defendants' dismissal with prejudice of the Defendants' Third-Party Complaint against Third-Party Defendant.

Respectfully submitted this __21st___ day of December 2006.

THE MCMAHAN LAW FIRM

　　　　　　　　　　　　　/s/ Fred P. Anthony_____

| | |
|---|---|
| Suite 120 | FRED P. ANTHONY |
| 5955 Jimmy Carter Boulevard | Georgia State Bar No. 020568 |
| Norcross, GA 30071 | Attorney for **Plaintiff** |
| Telephone: **(**770) 416-1501 | |
| Facsimile: (770) 416-1605 | |

SWIFT, CURRIE, McGHEE & HIERS, LLP

　　　　　　　　　　　　　/s/ Scott M. Williamson_____

| | |
|---|---|
| The Peachtree, Suite 300 | SCOTT M. WILLIAMSON |
| 1355 Peachtree Street, N.E. | Georgia State Bar No. 764249 |
| Atlanta, Georgia 30309-3231 | Attorney for Defendants/Third Party Plaintiffs |
| Telephone: (404) 874-8800 | |
| Facsimile: (404) 888-6199 | |
| scott.williamson@swiftcurrie.com | |

CARLOCK COPELAND SEMLER & STAIR, LLP

　　　　　　　　　　　　　/s/ Shannon McKenzie Sprinkle_____

| | |
|---|---|
| 2600 Marquis Two Tower | SHANNON MCKENZIE SPRINKLE |
| 285 Peachtree Center Avenue | Georgia State Bar No. 495095 |
| Atlanta, GA 30303 | Attorney for Third Party Defendant |
| Telephone: (404) 522-8220 | |
| Facsimile: (404) 222-9482 | |
| ssprinkle@carlockcopeland.com | |

# CERTIFICATE OF SERVICE

I, Scott M. Williamson, do hereby certify that on this 21st day of December 2006 I caused a true and correct copy of the foregoing ***Stipulation Of Dismissal*** to be filed with the Clerk of court via the ECF filing procedure and forwarded via United States Mail and/or electronic transmission to the following:

Fred P. Anthony, Esq.
5955 Jimmy Carter Boulevard – Suite 120
Norcross, GA  30071

David F. Root, Esq.
Shannon McKenzie Sprinkle, Esq.
Carlock Copeland Semler & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA  30303

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

By:   /s/  Scott M. Williamson
Scott M. Williamson
Georgia State Bar No. 764249
Attorney for ***Defendants/Third-Party Plaintiffs***

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
scott.williamson@swiftcurrie.com